# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| JEREMY WAYNE LEDFORD | Case Number: 8:01-CR-268-T-17MAP |
|  | USM Number: 39885-018 |
|  | AFPD David Secular |
|  | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) _1 through 15_ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1, 2, 3 | Excessive use of alcohol | 12/27/08; 3/20/09; 3/28/09 |
| 4 | Positive urinalysis for Methamphetamine | 3/21/09 |
| 5 | Positive urinalysis for Opiates | 3/21/09 |
| 6 | Admission of illegal drug use for Methamphetamine | 3/28/09 |
| 7, 8, 9, 10, 11, 12 | Failure to submit to urinalysis | 12/10/08; 12/30/08; 1/14/09 2/26/09; 3/26/09; 3/31/09 |
| 13 | Admission of illegal drug use for Xanax | 12/27/08 |
| 14 | Admission of illegal drug use for Methamphetamine | 12/27/08 |
| 15 | Failure to make Restitution | Between 10/2008 and 4/2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 27, 2009
Date of Imposition of Judgment

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

May 29th, 2009
Date

DEFENDANT: JEREMY WAYNE LEDFORD
CASE NUMBER: 8:01-CR-268-T-17MAP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THIRTEEN (13) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__  The defendant is remanded to the custody of the United States Marshal Service.

### Recommendations to the United States Bureau of Prisons:
(1)  Incarceration at Coleman, FL as promptly as possible.
(2)  Substance abuse counseling.
(3)  Absolutely receive academic education and procure GED.
(4)  Vocational education and training in auto mechanics, heavy equipment and all types of motor vehicles. Defendant is very interested in the trucking industry and desires certification re: the same.

__X__  The defendant shall make restitution.

### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL